**Opinion issued April 11, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-13-00223-CV

————————————————

## IN RE THOMAS TAYLOR, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Thomas Taylor has filed a petition for writ of mandamus in this Court. *See* TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004); *see also* TEX. R. APP. P. 52.1. The related action pending in the trial court is a suit to modify the parent-

child relationship in which the trial court has signed two interim temporary orders.<sup>*</sup>

The orders were signed on January 28, 2013 and on February 1, 2013, respectively. In his mandamus petition, Taylor challenges the interim orders. A motion to reconsider the interim orders is pending and under consideration in the trial court with an evidentiary hearing to be continued on the motion on April 26, 2013.

We deny Taylor's petition for writ mandamus without prejudice to re-filing. We also deny the requested temporary relief.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.

---

* The underlying case is *In the Interest of [T.I.D.], A Child*, cause number 2011–07230, pending in the 311th District Court of Harris County, Texas, the Honorable Denise Pratt, presiding.